UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

EDWIN BURGOS

    v.                                                   CA 13-486 ML

CAROLYN W. COLVIN
Commissioner of the Social
Security Administration

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on July 16, 2014 (Docket #13). No objection has been filed and the time for doing so has passed. This Court has reviewed the Report and Recommendation and made an independent assessment of the facts and the law. The Court agrees with the Magistrate Judge's conclusions and hereby adopts the Report and Recommendation in its entirety.

Plaintiff's Motion to Reverse the Commissioner's Final Decision is DENIED and the Defendant's Motion for an Order Affirming the Decision of Commissioner is GRANTED.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
August 11, 2014